# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) CIVIL ACTION NO. 1:19-cv-575-LG-RHW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **1.54 ACRES, MORE OR LESS,** | ) |
| **LOCATED IN HANCOCK COUNTY,** | ) |
| **STATE OF MISSISSIPPI; ATLANTIC** | ) |
| **COAST CONSERVANCY, INC., A GEORGIA** | ) |
| **NON-PROFIT CORPORATION; AND** | ) |
| **HANCOCK COUNTY, MISSISSIPPI; ET AL.** | ) |
| | ) |
| Defendants. | ) |

## **COMPLAINT IN CONDEMNATION WITH DECLARATION OF TAKING**

1. This is a civil action brought by the United States of America at the request of the Secretary of the Navy through the Deputy Assistant Secretary of the Navy for Installations and Facilities, for the taking of property under the power of eminent domain through a Declaration of Taking and for the determination and award of just compensation to the owners and parties in interest.

2. This Court has jurisdiction over all relevant matters in the case as provided by 28 U.S.C. § 1358.

3. The authority for the acquisition of the estate in property taken is set forth in Schedule "A," attached hereto and made a part hereof.

4. The public purpose for which the property is taken is set forth in Schedule "B," attached hereto and made a part hereof.

5. A legal description of the land and interests being taken are set forth in Schedule "C," attached hereto and made a part hereof.

6. The plat showing the land taken is set forth in Schedule "D," attached hereto and made a part hereof.

7. The estate taken in the property is set forth in Schedule "E," attached hereto and made a part hereof.

8. The amount estimated to be just compensation for the taking is set forth in Schedule "F," attached hereto and made a part hereof.

9. The persons who may have or claim a purported interest in the property and whose names are known are listed in Schedule "G," attached hereto and made a part hereof.

WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and that just compensation for the taking be ascertained, and such other relief as may be lawful and proper.

DATED: September 13, 2019

                D. Michael Hurst, Jr.

                United States Attorney

By:   Emily S. Nobile
       Assistant United States Attorney
       1575 20th Avenue
       Gulfport, Mississippi 39501
       emily.nobile@usdoj.gov
       (228) 563-1560
       Mississippi Bar No. 101475

By:   /s/ Miles H. Plant
       Trial Attorney
       U.S. Department of Justice
       Environment and Natural Resources Division
       Land Acquisition Section
       P.O. Box 7611, Ben Franklin Station
       Washington, DC 20044-7611
       (202) 305-0284

miles.plant@usdoj.gov

Attorneys for Plaintiff United States of America

# CIVIL COVER SHEET

1:19-cv-575-LG-RHW

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
1.54 Acres, More or Less, Located in Hancock County, State of Mississippi; Atlantic Coast Conservancy; et al.

**(b)** County of Residence of First Listed Plaintiff: 
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Hancock
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Miles Plant, U.S. Department of Justice, Environment and Natural Resources Division, P.O. Box 7611 - Ben Franklin Station, Washington, D.C. 20044, Telephone: 202-305-0284

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- [X] 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1358

Brief description of cause:
Eminent domain

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: 
DOCKET NUMBER:

DATE: 09/13/2019

SIGNATURE OF ATTORNEY OF RECORD: /s/Miles Plant

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

**SCHEDULE A**

**AUTHORITY FOR TAKING**

This taking is filed pursuant to 40 U.S.C. § 3113; 40 U.S.C. § 3114; 10 U.S.C. § 2663(a)(1)(A); the National Defense Authorization Act for Fiscal Year 2015, P.L. 113-291 §§ 2201 and 4601 at 128 Stat. 3794, which authorized Military Construction Project 240, allowing for the acquisition of land; the Consolidated and Further Continuing Appropriations Act, 2015 P.L. 113-235, which appropriated funds.

The authority granted to the Secretary of the Navy in 10 U.S.C. § 2663(a)(1)(A) was delegated to the Assistant Secretary of the Navy (Energy, Installations, and Environment) (ASN (EI&E)) in SECNAVINST 5430.7R, dated 3 January 2017.  This authority was further delegated from ASN (EI&E) to the Deputy Assistant Secretary of the Navy (Installations and Facilities) (DASN (I&F)) in an ASN (EI&E) memo, dated 27 March 2017.

## SCHEDULE B
## PUBLIC PURPOSE

The lands described in Schedule C are taken for the public purpose of national defense and military use by the United States as authorized by law, including, but not limited to, incorporation into the Western Maneuver Area, which is used for ground combat training by the Naval Special Warfare Command.

## SCHEDULE C

## LEGAL DESCRIPTION OF PROPERTY

That portion of Lot 6 of Section 23, lying southeast of the right-of-way of Highway 11, Township 7 South, Range 17 West, Hancock County, Mississippi, and being more particularly described as follows:

BEGINNING at a concrete monument found at the southeast corner of said Lot 6 of Section 23, also being the southeast corner of said Section 23, Township 7 South, Range 17 West, Hancock County, Mississippi, said monument having the following state plane coordinates (MS EAST zone, NAD83 in feet): Northing 333783.82, Easting 722299.89; thence along the south line of said Lot 6 of Section 23, also being the north line of property of Richard D. Burge, Ruth Burge and Leo R. Burge as per deed book BB152 on page 568, N89°17'19"W  414.12' to a metal t-post set in standing water on the southeast right-of-way of Highway 11, having a right-of-way width of 150.00' as per Highway plans for U.S. Route No. 11, dated April 1941, Work Order #1553; thence along said southeast right-of-way of Highway 11, N52°34'58"E  524.75' to a metal t-post set in standing water on the east line of said Lot 6 of Section 23, also being the west line of property of Hutchinson Island Mining Corp. as per deed book 2012 on page 9290; thence along said east and west lines, S00°28'27"W  324.00' to the POINT OF BEGINNING, containing 67,086.92 square feet or 1.540 acres. Herein described bearings are based on state plane grid north.  Herein described property being a portion of that property as described in deed book 2013 on page 11429 of the land records of Hancock County, Mississippi and being designated as county parcel number 096-0-23-001.001.

This parcel is depicted as Parcel 5 in Schedule D.



| MON. # | Northing | Easting | Description |
|---|---|---|---|
| 213 | 333783.82 | 722299.89 | 5" SQUARE CONCRETE MONUMENT FOUND, 21" ABOVE GRADE, GOOD CONDITION |
| 4088 | 333788.96 | 721885.80 | METAL T-POST SET IN STANDING WATER, WATER IS 1' DEEP |
| 4089 | 334107.81 | 722302.58 | METAL T-POST SET IN STANDING WATER, TOP OF POST IS 2' BELOW WATER LEVEL |
| 6744 | 332467.18 | 722264.33 | 5" SQUARE CONCRETE MONUMENT FOUND, 8" ABOVE GRADE, GOOD CONDITION |

### MONUMENTS SET BY CLIFFORD A. CROSBY, PLS

NAVY MONUMENT SET (TYPICAL):
30" FLARED END X 2.25" OUTSIDE DIAMETER WITH 3.25" BRASS DISK STAMPED "DEPT. OF NAVY BOUNDARY, CROSBY PLS 2539, SET IN 2015, NAVFACENGCOM SE"; 5 FEET +/- TALL T-POST SET BESIDE AS GUARD POST, DISK SET AT EXISTING GRADE LEVEL

1/2" REBAR SET(TYPICAL):
1/2" X 18" REBAR WITH RED PLASTIC CAP STAMPED "CROSBY PLS 2539"; TOP SET AT EXISTING GRADE LEVEL

### RECORDED EASEMENTS PROVIDED WITH ABSTRACTOR'S REPORT:

BOOK R-4, PAGE 340-
A PERPETUAL AND ASSIGNABLE EASEMENT BY JUDGMENT ON DECLARATION OF TAKING TO UNITED STATES OF AMERICA DATED JANUARY 28, 1965. THIS IS A BLANKET EASEMENT, COVERS ENTIRE PARCEL.

BOOK BB124, PAGE 341-
A 25 FOOT NON-EXCLUSIVE RIGHT-OF-WAY EASEMENT ON AND ALONG ABANDONED HIGHWAY 11 IN THE SE 1/4 OF THE SE 1/4 OF SECTION 23 AND THE SW 1/4 OF SECTION 24, DATED AUGUST 8, 1995

BOOK BB152, PAGE 193-
A 25 FOOT NON-EXCLUSIVE RIGHT-OF-WAY EASEMENT ON AND ALONG ABANDONED HIGHWAY 11 IN THE SW 1/4 OF SECTION 24, DATED APRIL 11, 1997

### LEGEND:
- IRON ROD FOUND
- IRON PIPE FOUND
- 1/2" REBAR WITH RED PLASTIC CAP STAMPED 'CROSBY PLS 2539'; TOP SET TO GROUND LEVEL
- SPIKE OR MAG NAIL FOUND
- SPIKE OR MAG NAIL SET
- CONCRETE MONUMENT FOUND
- NAVY MONUMENT SET, DISK ON 1-1/2" X 32" STAINLESS STEEL PIPE AS PER SPECIFICATIONS
- LIGHTARD KNOT FOUND
- ANGLE IRON FOUND
- RIGHT OF WAY MARKER FOUND
- T-POST FOUND
- (C) - CALCULATED
- (M) - MEASURED
- (R) - RECORD
- (P.O.B.) - POINT OF BEGINNING
- (P.O.C.) - POINT OF COMMENCEMENT
- (R.O.W.) - RIGHT-OF-WAY
- SQ. - SQUARE
- CMF - CONCRETE MONUMENT FOUND
- DIA. - DIAMETER
- MON. - MONUMENT
- 1/2" IRS - 1/2" REBAR SET
- GLO - GOVERNMENT LAND OFFICE SURVEY TOWNSHIP PLATS
- ASPHALT PAVEMENT
- WATER FEATURES
- LAT - LATITUDE
- LONG - LONGITUDE

### REFERENCE MATERIAL:

DEEDS, FROM PUBLIC RECORDS AT HANCOCK COUNTY, MISSISSIPPI:
BB229, PAGE 698; R-2, PAGE 190; BB147, PAGE 48; BB152, PAGE 567; 2013, PAGE 11429; BB124, PAGE 341; BB152, PAGE 193; R-4, PAGE 340

CHICAGO TITLE INSURANCE COMPANY TITLE NO. 48371 DATED OCTOBER 17, 2014, BY TITLE OFFICER- PAGE, MANNINO, PERESICH & MCDERMOTT, P.LL.C.

ABSTRACTOR'S REPORT WITH SUPPORTING RECORDED INSTRUMENTS PROVIDED BY NAVFAC SE

SURVEY BY CLIFFORD A. CROSBY, PLS NO. 2539 IN 2004

HIGHWAY PLANS FOR U.S. ROUTE NO. 11, DATED APRIL 1941, WORK ORDER #1553, MAINT. SEC. #643

GOOGLE EARTH PRO ONLINE MAPPING, DIGITAL QUADRANGLE MAPS

HANCOCK COUNTY TAX AND OWNERSHIP MAPS, HANCOCK COUNTY GIS INTERACTIVE MAP, AERIAL PHOTOS.

RECORD SOURCE:
HIGHWAY PLANS FOR U.S. ROUTE NO. 11, DATED APRIL 1941, WORK ORDER #1553, MAINT. SEC. #643

RECORD GOVERNMENT LAND OFFICE SURVEY TOWNSHIP PLATS DATED 1830'S

### GENERAL NOTES:

1.) ALL BEARINGS, COORDINATES AND DISTANCES SHOWN ON THIS PLAT ARE GRID AND ARE BASED ON THE MISSISSIPPI NAD 83 EAST ZONE STATE PLANE COORDINATE SYSTEM AND ARE DERIVED FROM GLOBAL POSITIONING SYSTEM OBSERVATIONS, UTILIZING THE EARL DUDLEY RTK NETWORK.

2.) ALL DISTANCES SHOWN ON THIS PLAT ARE GRID U.S. SURVEY FEET

3.) THIS SURVEY MEETS THE RELATIVE POSITIONAL ACCURACY OF 95% CONFIDENCE LEVEL UTILIZING GPS RTK NETWORKING. THE RELATIVE POSITIONAL ACCURACY FOR EACH POINT WAS FOUND TO MEET ALTA STANDARDS BY BEING BETTER THAN 0.07' + 50 PARTS PER MILLION.

4.) THE 2004 FIELD SURVEY WAS DONE WITH TRIMBLE GPS RECEIVER AND BASED ON NOAA MONUMENT M366 WHICH LIES ON THE EAST SIDE OF THE CONCRETE FENCE ALONG CORINTH CEMETERY. GPS OBSERVED COORDINATES UTILIZING THE EARL DUDLEY RTK NETWORK ARE NORTH 332070.61 AND EAST 731014.33.

5.) ALL NEW MONUMENTS WERE SET UTILIZING A TOPCON GRS GPS RECEIVER ON THE EARL DUDLEY RTK NETWORK

6.) GRID TO GROUND SCALE FACTOR = 1.00002869; CONVERGENCE ANGLE = -0°25'14"; BOTH AT THE NORTHEAST CORNER OF SECTION 35, TOWNSHIP 7 SOUTH, RANGE 17 WEST, NORTHING 328506.11, EASTING 722177.76

7.) THIS IS A CLASS "B" SURVEY

8.) CD PROVIDED TO NAVFAC SE WITH PHOTOGRAPHS OF ALL MONUMENTS FOUND OR SET

9.) THIS SURVEY AND PLAT IS NOT VALID WITHOUT ORIGINAL SIGNATURE AND RAISED SEAL.

10.) THIS SURVEY MAP IS ACCOMPANIED BY A SURVEY REPORT AND THE SURVEY IS A PART THEREOF AND NOT COMPLETE WITHOUT IT.

11.) MAP CLOSURE:
1' IN 304,731.6'

### DATE OF FIELD SURVEY:
OCTOBER 2014 THROUGH SEPTEMBER 24, 2015

### SWORN CHAIN CARRIERS
DILLON MCBRIDE, CHANCE CAMPBELL, TYLER MOORE, JORDAN ROBERTS AND PRESTON EMMONS

### CROSBY SURVEYING
PROFESSIONAL LAND SURVEYING
716 LIVE OAK DRIVE
BILOXI, MISSISSIPPI 39532
PHONE: 228-234-1649

EMAIL: cliffordcrosby@cableone.net

### SURVEYOR'S CERTIFICATE:
THIS IS TO CERTIFY THAT THIS MAP OR PLAT AND THE SURVEY ON WHICH IT IS BASED WERE MADE IN ACCORDANCE WITH THE MINIMUM LAND SURVEYING REQUIREMENTS FOR THE STATE OF MISSISSIPPI AND THAT ALL MEASUREMENTS AND DATA SHOWN HEREON ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

CLIFFORD A. CROSBY, MS P.L.S. NO. 2539

SEPTEMBER 24, 2015
DATE FIELD WORK COMPLETED

NOTE:
THIS SURVEY AND PLAT IS NOT VALID WITHOUT ORIGINAL SIGNATURE AND RAISED SEAL.

### SURVEY DESCRIPTION FOR PARCEL 5:

That portion of Lot 6 of Section 23, lying southeast of the right-of-way of Highway 11, Township 7 South, Range 17 West, Hancock County, Mississippi, and being more particularly described as follows:
BEGINNING at a concrete monument found at the southeast corner of said Lot 6 of Section 23, also being the southeast corner of said Section 23, Township 7 South, Range 17 West, Hancock County, Mississippi, said monument having the following state plane coordinates (MS EAST zone, NAD83 in feet): Northing 333783.82, Easting 722299.89; thence along the south line of said Lot 6 of Section 23, also being the north line of property of Richard D. Burge, Ruth Burge and Leo R. Burge as per deed book BB152 on page 568, N89°17'19"W 414.12' to a metal t-post set in standing water on the southeast right-of-way of Highway 11, having a right-of-way width of 150.00' as per Highway plans for U.S. Route No. 11, dated April 1941, Work Order #1553; thence along said southeast right-of-way of Highway 11, N52°34'58"E 524.75' to a metal t-post set in standing water on the east line of said Lot 6 of Section 23, also being the west line of property of Hutchinson Island Mining Corp. as per deed book 2012 on page 9290; thence along said east and west lines, S00°28'27"W 324.00' to the POINT OF BEGINNING, containing 67,086.92 square feet or 1.540 acres. Herein described bearings are based on state plane grid north. Herein described property being a portion of that property as described in deed book 2013 on page 11429 of the land records of Hancock County, Mississippi and being designated as county parcel number 096-0-23-001.000.



## **SCHEDULE E**

## **ESTATE TAKEN**

The estate taken in the property described in Schedule C is fee simple absolute.

## **SCHEDULE F**

## **ESTIMATE OF JUST COMPENSATION**

The estimated just compensation for the property being taken is $2,300.00.

## SCHEDULE G

## INTERESTED PARTIES

Names and addresses of parties who have or may claim an interest in the parcels are as follows:

| Party | Record Reference |
|---|---|
| Atlantic Coast Conservancy, Inc.<br>72 South Main Street<br>Jasper, Georgia 30143 | Warranty Deed, recorded December 29, 2015, in Book 2015, Page 14067 of Hancock County Records |
| Hancock County, Mississippi<br>Tax Assessor<br>854 Highway 90, Suite C<br>Bay St. Louis, Mississippi 39520 | Taxing Authority |